**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Reshaun Carlton | : | |
| Debtor | : | Bankruptcy No. 17-18393 MDC |

## PRAECIPE TO WITHDRAW THE DEBTOR'S MOTION TO APPROVE INSURANCE FUNDS

To the Clerk of the Court:

Kindly withdraw Debtor's Motion to approve the use of insurance funds filed with the Court on January 25, 2018 bearing Number 13 on the Court Docket.


March 20, 2018                    /s/ Mitchell Lee Chambers, Esquire
                                  602 Little Gloucester Road, Suite 5
                                  Blackwood, NJ 08012

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | | Chapter 13 |
| Reshaun Carlton | : | | |
| Debtor | : | | Bankruptcy No.  17-18393 MDC |

## **CERTIFICATION OF SERVICE**

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of Debtor's Motion to approve the use of insurance funds, upon Debtor and the Standing Trustee at the following addresses set forth below:

VIA ECF
William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119

VIA ECF
U.S. Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA  19106

Via Regular Mail
Reshaun Carlton
416 Bonsall Avenue
Lansdowne, PA 19050

March 20, 2018                                      /s/ Mitchell Lee Chambers, Esquire
                                                            602 Little Gloucester Road, Suite 5
                                                            Blackwood, NJ 08012