UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :        Chapter 13
    Reshaun A. Carlton            :
        Debtors                        :        Bky Case No. 17-18393 MDC

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

After review of the application of Debtor for a reduction of time for a hearing on Debtor's Motion to sell real-property and Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _April 26, 2018_ at _11:00 a.m._ in the United States Bankruptcy Court, 900 Market Street, Court Room 2, Philadelphia, PA.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: William C. Miller and the City of Philadelphia by regular mail and email.

4. Service must be made on the same day as the date of this order

5. Notice by telephone:

    ☒ is not required

    ☐ must be provided to

        _____

        ☐ on the same day as the date of this Order, or

        ☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. Court appearances are required to prosecute said motion/application and any objections.

9. Parties may request to appear by phone by contacting Chambers prior to the return date.

BY THE COURT

Dated: __April 9__, 2018

_Magdeline D. C_____
United States Bankruptcy Judge