## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| RESHAUN A. CARLTON | : |
| | : |
| Debtor | : BANKRUPTCY NO. 17-18393MDC |

### **PRAECIPE**

Kindly re-list the trustee's Confirmation Hearing until June 14, 2018 at 9:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: May 18, 2018

/s/ Jacqueline M. Chandler for
_____
William C. Miller, Esquire
Chapter 13 Sanding Trustee
P.O. Box 1299
Philadelphia, PA 19105