United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18393-mdc
Reshaun A Carlton                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 2              Date Rcvd: May 21, 2018
                              Form ID: 152                Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
```
db             +Reshaun A Carlton,    416 Bonsall Avenue,    Lansdowne, PA 19050-3120
14027927       +Aes/navient,    1200 N 7th St,    Harrisburg, PA 17102-1419
14027928       +Aes/pnc Natl City,    Pob 61047,    Harrisburg, PA 17106-1047
14027929       +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
14027930       +Capital One Na,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
14027931        City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway Building,
                 Philadelphia, PA 19102
14027932       +Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027933       +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027934       +Comenitybank/New York,    AttN: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027935       +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14055019       +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14027937      #+Eastern Revenue Inc,    998 Old Eagle School Rd,    Wayne, PA 19087-1805
14027940       +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14041805       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14027942       +POWERS KIRN,    8 NESHAMINY INTERPLEX,    STE. 215,    Feasterville Trevose, PA 19053-6980
14027941       +Powers Kirn,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
14044480       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for Toyota Motor Credit Corp,
                 701 Market Street, Suit,   e 5000,    Philadelphia, PA 19106-1538
14037424       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14030527       +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
14044008        U.S. Bank National Association, as Trustee et.al.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN, 55121-7700
14027944       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14027945      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: WELLS FARGO HOME MORTGAGE,     8480 STAGECOACH CIRCLE,
                 Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 22 2018 02:00:55      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2018 02:00:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,     P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2018 02:00:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14087726       +E-mail/Text: bankruptcy@phila.gov May 22 2018 02:00:56
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14027929       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 09:44:53      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14027930       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 09:50:46      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14027936       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 22 2018 02:00:59
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14027938       +E-mail/Text: bknotice@ercbpo.com May 22 2018 02:00:47       ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14054656       +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2018 02:00:44      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14027939       +E-mail/Text: bknotices@mbandw.com May 22 2018 02:00:50      Mccarthy Burgess & Wol,
                 26000 Cannon Rd,    Cleveland, OH 44146-1807
14031475        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:08:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14041089       +E-mail/Text: colleen.atkinson@rmscollect.com May 22 2018 02:00:59
                 Patient First c/o Receivables Management Systems,     PO Box 8630,    Richmond, VA 23226-0630
14059455        E-mail/Text: bnc-quantum@quantum3group.com May 22 2018 02:00:35
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14027943        E-mail/Text: colleen.atkinson@rmscollect.com May 22 2018 02:00:59      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Jennifer            Page 2 of 2                 Date Rcvd: May 21, 2018
                              Form ID: 152              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
```
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
           paeb@fedphe.com
          JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Reshaun A Carlton ecfbc@comcast.net
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Reshaun A Carlton
    Debtor(s)

Case No: 17−18393−mdc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 6/14/18 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

33
Form 152