# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PA

Chapter: 13
Case No: 1718393

In re: RESHAUN A CARLTON

Account Number: 8740

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 2 filed on or about 12/21/2017 in the amount of $359.29 .

On this 6/11/2018.

By: /s/ Daquan Hatcher
Daquan Hatcher, Bankruptcy Representative
PRA Receivables Management, LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com