# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-18393-MDC

RESHAUN A CARLTON

416 BONSALL AVENUE

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RESHAUN A CARLTON

    416 BONSALL AVENUE

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    MITCHELL LEE CHAMBERS, ESQ.
    602 LITTLE GLOUCESTER RD.
    SUITE 5
    BLACKWOOD, NJ 08012-

Date: 6/19/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee