IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                                 :
                                                       :     In Chapter 13
        RESHAUN A. CARLTON,                            :
                                                       :     Bankruptcy No. 17-18393 (MDC)
                                   Debtor.             :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #56 filed by the City of Philadelphia on August 15, 2018.

                                              Respectfully submitted,

                                              THE CITY OF PHILADELPHIA

Dated: August 22, 2018        By:    */s/ Joshua Domer*
                                                JOSHUA DOMER
                                                Assistant City Solicitor
                                                PA Attorney I.D. 319190
                                                Attorney for the City of Philadelphia
                                                      and/or
                                                Water Revenue Bureau
                                                City of Philadelphia Law Department
                                                Municipal Services Building
                                                1401 JFK Boulevard, 5th Floor
                                                Philadelphia, PA 19102-1595
                                                215-686-0519 (phone)
                                                Email: Joshua.Domer@phila.gov