IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RESHAUN A. CARLTON
A/K/A RESHAWN A. TERRY
F/K/A RESHAWN A. TERRY
A/K/A RESHAUN A. TERRY
          Debtor

CHAPTER 13

BK. No. 17-18393 MDC

### ORDER

AND NOW, this 22nd day of August, 2018, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

MITCHELL LEE CHAMBERS JR., ESQUIRE
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RESHAUN A. TERRY
A/K/A RESHAWN A. TERRY
416 Bonsall Avenue
Lansdowne, PA 19050