United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Reshaun A Carlton  
    Debtor

Case No. 17-18393-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 22, 2018  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db           +Reshaun A Carlton,    416 Bonsall Avenue,    Lansdowne, PA 19050-3120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:

       JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL. paeb@fedphe.com  
       JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com  
       JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov  
       MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Reshaun A Carlton ecfbc@comcast.net  
       PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                   TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RESHAUN A. CARLTON
A/K/A RESHAWN A. TERRY
F/K/A RESHAWN A. TERRY
A/K/A RESHAUN A. TERRY
  Debtor

CHAPTER 13

BK. No. 17-18393 MDC

## ORDER

AND NOW, this 22nd day of August, 2018, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

MITCHELL LEE CHAMBERS JR., ESQUIRE
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

RESHAUN A. TERRY
A/K/A RESHAWN A. TERRY
416 Bonsall Avenue
Lansdowne, PA 19050