**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Reshaun Carlton | : | |
| Debtor(s) | : | Bankruptcy No. 17-18393 MDC |

## CERTIFICATION OF SERVICE

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of Debtor's Amended Plan, upon Debtor, the Standing Trustee, the U.S. Trustee, each holder of a claim against Debtor, at the following addresses set forth below:

**VIA ECF**
William C. Miller, Esquire
PO Box 40119
Philadelphia, PA 19106-0119

VIA ECF
U.S. Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA 19106

VIA REGULAR MAIL
Reshaun Carlton
416 Bonsall Ave.
Yeadon, PA 19050

VIA REGULAR MAIL
US Department of Education
C/O Managing Officer
633 Spirit Drive
Chesterfield, MO 63005

VIA REGULAR MAIL
Toyota Motor Credit
C/O Managing Officer
P.O. Box 9013
Addison, TX 75001

VIA REGULAR MAIL
PATIENT FIRST
C/O MANAGING OFFICER
P.O. BOX 8630
RICHMOND, VA 23226

VIA REGULAR MAIL
PHEAA
C/O MANAGING OFFICER
P.O. BOX 8147
HARRISBURG, PA 17105

VIA ECF
PHELAN HALLINAN DIAMOND & JONES, LLP
ATTORNEY FOR US BANK
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

**VIA REGULAR MAIL**
MIDLAND FUNDING
CO MANAGING OFFICER
P.O. BOX 2011
WARREN, MI 48090

**VIA REGULAR MAIL**
DIRECT TV
C/O MANAGING OFFICER
4515 N. SANTA FE AVE.
OKLAHOMA CITY, OK 73118

**VIA REGULAR MAIL**
QUANTUM GROUP, LLC
C/O MANAGING OFFICER
P.O. BOX 788
KIRKLAND, WA 98083

**VIA REGULAR MAIL**
CITY OF PHILADELPHIA
LAW DEPARTMENT
1401 JFK BLVD.
5TH FLOOR
PHILADELPHIA, PA 19102

10/1/18

/s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012