## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**RESHAUN A. CARLTON F/K/A RESHAWN A. TERRY**<br>Debtor | BK. No. 17-18393 MDC<br><br>Chapter No. 13 |
| **US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2005-RF5**<br>Movant<br>v.<br>**RESHAUN A. CARLTON F/K/A RESHAWN A. TERRY**<br>Respondent | :<br>:<br>:<br>:<br>11 U.S.C. §362 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 13th day of November, 2019, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 416 BONSALL AVENUE, YEADON, PA 19050-3120(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2005-RF5** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court:

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

RESHAUN A. CARLTON
F/K/A RESHAWN A. TERRY
416 BONSALL AVENUE
LANSDOWNE, PA 19050

MITCHELL LEE CHAMBERS JR., ESQUIRE
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106