United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-18393-mdc
Reshaun A Carlton                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Dec 19, 2019
                              Form ID: pdf900             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2019.
db             +Reshaun A Carlton,    416 Bonsall Avenue,    Lansdowne, PA 19050-3120
14027927       +Aes/navient,    1200 N 7th St,    Harrisburg, PA 17102-1419
14027928       +Aes/pnc Natl City,    Pob 61047,    Harrisburg, PA 17106-1047
14027931        City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway Building,
                 Philadelphia, PA 19102
14213391        ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
14027940       +Mohela/Dept of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14041805       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14027942       +POWERS KIRN,    8 NESHAMINY INTERPLEX,    STE. 215,   Feasterville Trevose, PA 19053-6980
14027941       +Powers Kirn,    728 Marne Highway,    Suite 200,   Moorestown, NJ 08057-3128
14044480       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for Toyota Motor Credit Corp,
                 701 Market Street, Suit,    e 5000,    Philadelphia, PA 19106-1538
14037424       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14030527       +U S Department of Education/MOHELA,     633 Spirit Drive,    Chesterfield, MO 63005-1243
14044008        U.S. Bank National Association, as Trustee et.al.,     Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN, 55121-7700
14027944       +Visa Dept Store National Bank/Macy's,     Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
14027945       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:   WELLS FARGO HOME MORTGAGE,     8480 STAGECOACH CIRCLE,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Dec 20 2019 03:33:01      WILLIAM C. MILLER,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:51      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2019 03:32:20
                 Pennsylvania Department of Revenue,     Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2019 03:32:43      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:51      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,     Philadelphia, PA 19102
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:31:45
                 PRA Receivables Management, LLC,     POB 41067,   Norfolk, VA 23541-1067
14087726       +E-mail/Text: megan.harper@phila.gov Dec 20 2019 03:32:51
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,     PHILADELPHIA, PA 19102-1640
14027929       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 03:30:36      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14027930       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2019 03:31:10      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14027932       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2019 03:32:11      Comenity Bank,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027933       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2019 03:32:11
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,   Po Box 182125,    Columbus, OH 43218-2125
14027934       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2019 03:32:11      Comenitybank/New York,
                 AttN: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14027935       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2019 03:32:11      Comenitycapital/boscov,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14027936       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 20 2019 03:33:01
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14055019       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2019 03:31:15      Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14027938       +E-mail/Text: bknotice@ercbpo.com Dec 20 2019 03:32:34      ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14054656       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 20 2019 03:32:27      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14027939       +E-mail/Text: bknotices@mbandw.com Dec 20 2019 03:32:42      Mccarthy Burgess & Wol,
                 26000 Cannon Rd,    Cleveland, OH 44146-1807
14031475        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 20 2019 03:31:13
                 Portfolio Recovery Associates, LLC,     POB 41067,   Norfolk VA 23541
14041089       +E-mail/Text: colleen.atkinson@rmscollect.com Dec 20 2019 03:33:02
                 Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
14059455        E-mail/Text: bnc-quantum@quantum3group.com Dec 20 2019 03:32:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
14027943        E-mail/Text: colleen.atkinson@rmscollect.com Dec 20 2019 03:33:02      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,   Richmond, VA 23235
                                                                                              TOTAL: 22

```
District/off: 0313-2                  User: Virginia                 Page 2 of 2                  Date Rcvd: Dec 19, 2019
                                      Form ID: pdf900                Total Noticed: 37


                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
14213393*        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14213395*        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14213397*        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14213400*        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14213401*        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14027937      ##+Eastern Revenue Inc,   998 Old Eagle School Rd,   Wayne, PA 19087-1805
                                                                                                     TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2019 at the address(es) listed below:

```
              JEROME B. BLANK    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
               paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Reshaun A Carlton ecfbc@comcast.net,
               paecfbc@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| RESHAUN  A CARLTON | |
| Debtor | Bankruptcy No. 17-18393-MDC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 19, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MITCHELL LEE CHAMBERS, ESQ.
602 LITTLE GLOUCESTER RD.
SUITE 5
BLACKWOOD, NJ 08012-

Debtor:
RESHAUN  A CARLTON

416 BONSALL AVENUE

LANSDOWNE, PA 19050